## 10264.  WALKER v. PALACE PHARMACY.

JENKINS, J. This case is controlled by the ruling made by this court in *Walker* v. *Cliff Drug Co.*, ante, 722; the only point insisted upon by counsel for plaintiff in error being that the evidence was insufficient to authorize the judgment rendered.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED MAY 13, 1919.

Description and counsel as in the case cited above.